UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS CARMILLIO NIZ,<br><br>Defendant. | CASE NO. CR01-229 TSZ<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on September 5, 2006. The United States was represented by Robert Westinghouse. The defendant was represented by Robert Leen. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to commit Bank Fraud on or about January 11, 2002. The Hon. Thomas S. Zilly of this court sentenced Defendant to 30 months of confinement, followed by 3 years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

PROPOSED FINDINGS
PAGE -1-

## DEFENDANT'S ADMISSION

USPO Jennifer Tien for Monique Neal alleged that Defendant violated the conditions of supervised release in the one respect:

(1) Using marijuana on or before September 16, 2005, December 6, 2005, February 17, 2006, and August 3, 2006, in violation of standard condition number 7.

At today's hearing, I advised the defendant of the charge and of his constitutional rights. Defendant admitted the violation, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. Thomas S. Zilly.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant will be released on bond pending a final determination by the court.

DATED this 6th day of September, 2006.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. Thomas S. Zilly
    Assistant U.S. Attorney  : Robert Westinghouse
    Defense Attorney         : Robert Leen
    U. S. Probation Officer  : Monique Neal